**Mary DZIERZAWSKI, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 17604.

United States Court of Appeals
Sixth Circuit.

Feb. 20, 1968.

Mary Dzierzawski, in pro. per.

Issie L. Jenkins, Department of Justice, Washington, D. C., Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Attorneys, Department of Justice, Washington, D. C., on brief, for respondent.

Before O'SULLIVAN and PECK, Circuit Judges, and CECIL, Circuit Judge.

### ORDER

This cause came on to be heard upon the record and upon the briefs and argument of the petitioner, who appeared in pro. per., and counsel for the government. Upon due consideration, the Court is of the opinion that no errors were committed by the Tax Court in its disposition of this matter and the case should be affirmed upon the opinion of the Tax Court.

Now, therefore, it is ordered that the judgment of the Tax Court be, and it is, hereby affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**C. W. BROOKS and G. N. Dodge, co-partners, d/b/a Brooks Dodge Lumber Co., Respondents.**

No. 21903.

United States Court of Appeals
Ninth Circuit.

Feb. 28, 1968.

Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, George B. Driesen, John D. Burgoyne, N. L. R. B., Washington, D. C., Roy O. Hoffman, San Francisco, Cal., for appellant.

Chandler & Armstrong, Anaheim, Cal., LeProhn & LeProhn, San Francisco, Cal., for appellees.

Before MERRILL and CARTER, Circuit Judges, and KILKENNY, District Judge.

### PER CURIAM:

The Board seeks enforcement of its order issued against respondents as reported at 158 N.L.R.B. No. 105 (1966).

The petition of the Board is granted; the order will be enforced.